**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000368
07-JAN-2026
08:25 AM
Dkt. 37 OAWST**

NO. CAAP-25-0000368

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-6AR, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6AR, Plaintiff-Appellee, v. JAMES ANTHONY WILLIG, JR.; VICKI KAREN WILLIG, Defendants-Appellants, and WAIKELE COMMUNITY ASSOCIATION; LAW OFFICES OF GARY Y. SHIGEMURA, Defendants-Appellees, and DOES 1 THROUGH 20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 1CCV-24-0000804)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the November 10, 2025 *Stipulation and Order for Dismissal of Appeal Filed on April 21, 2025*, (Stipulation), filed by Defendants-Appellants James Anthony Willig, Jr., and Vicki Karen Willig, the papers in support, and the record, it appears that:

(1) The appeal has been docketed;

(2) Under Hawai‘i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and

(3) The Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, January 7, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge